DONALD J. CURRIER, State Bar No. 148877
Assistant Secretary, Office of Legal Affairs
DEBRA ASHBROOK, State Bar No. 117570
Chief Counsel
Employment Advocacy and Prosecution Team
Office of Legal Affairs
Department of Corrections and Rehabilitation
  P.O. Box 942883
  Sacramento, CA 94283-0001
  Telephone: (916) 327-6328
  Fax: (916) 442-2637
Attorneys for Respondent

MATTHEW L. CATE
Inspector General
BARBARA L. SHELDON, State Bar No. 137740
Chief Counsel
TAMARA M. COLSON, State Bar No. 190223
  3927 Lennane Drive, Suite 220
  P.O. Box 348780
  Sacramento, CA 95834
  Telephone: (916) 830-3600
  Fax: (916) 928-5996

Attorneys for Real Party in Interest, Office of the
  Inspector General, erroneously sued as Bureau of
  Independent Review, Office of Inspector General

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization,<br><br>Petitioners,<br><br>v.<br><br>Department of Corrections and Rehabilitation,<br><br>Respondent,<br><br>Bureau of Independent Review, Office of Inspector General,<br><br>Real Party in Interest. | Case No.<br><br>PROOF OF SERVICE |

-1-

Proof of Service

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is P.O. Box 348780, Sacramento, California 95834, which is located in the county in which the within-mentioned mailing occurred. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On May 15, 2008, I served the following document(s):

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S AND OFFICE OF THE INSPECTOR GENERAL'S JOINT NOTICE OF REMOVAL OF ACTION RELATED TO CASE NO. 3:90-CV-03094-TEH PURSUANT TO 28 U.S.C. §1441(b) and §1442(a)(1)

by placing a true copy in a separate envelope for each addressee named below, with the name and address of the person served shown as follows:

Dieter C. Dammeier
Michael Lackie
Zahra Khoury
Lackie & Dammeier APC
367 North Second Avenue
Upland, CA 91786

and by sealing the envelope and placing it for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

Executed on May 15, 2008, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

R. Ann Bordenkircher

-2-

Proof of Service