DAVID R. SHAW
Inspector General
BARBARA L. SHELDON, State Bar No. 137740
Chief Counsel
TAMARA M. COLSON, State Bar No. 190223
3927 Lennane Drive, Suite 220
P.O. Box 348780
Sacramento, CA 95834
Telephone: (916) 830-3600
Fax: (916) 928-5996

Attorneys for Real Party in Interest, Office of the Inspector General, erroneously sued as Bureau of Independent Review, Office of Inspector General

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization, <br><br> Petitioners, <br><br> v. <br><br> Department of Corrections and Rehabilitation, <br><br> Respondent, <br><br> Bureau of Independent Review, Office of Inspector General, <br><br> Real Party in Interest. | Case No. 3:08-cv-02524 <br><br> PROOF OF SERVICE RE NOTIFICATION TO PETITIONERS IN STATE COURT ACTION RE REMOVAL TO FEDERAL COURT |

///
///
///
///
///

-1-

Proof of Service                                                                                   Case No. 3:08-cv-02524

1  DONALD J. CURRIER, State Bar No. 148877
   Assistant Secretary, Office of Legal Affairs
2  DEBRA ASHBROOK, State Bar No. 117570
   Chief Counsel
3  Employment Advocacy and Prosecution Team
   Office of Legal Affairs
4  Department of Corrections and Rehabilitation
     P.O. Box 942883
5    Sacramento, CA 94283-0001
     Telephone: (916) 327-6328
6    Fax: (916) 442-2637
   Attorneys for Respondent
7
   DAVID R. SHAW
8  Inspector General
   BARBARA L. SHELDON, State Bar No. 137740
9  Chief Counsel
   TAMARA M. COLSON, State Bar No. 190223
10   3927 Lennane Drive, Suite 220
     P.O. Box 348780
11   Sacramento, CA 95834
     Telephone: (916) 830-3600
12   Fax: (916) 928-5996

13 Attorneys for Real Party in Interest, Office of the
     Inspector General, erroneously sued as Bureau of
14   Independent Review, Office of Inspector General

15

16              SUPERIOR COURT OF THE STATE OF CALIFORNIA

17           COUNTY OF SAN BERNARDINO, RANCHO CHUCAMONGA DISTRICT

18

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization, | Case No. RS803602 |
| Petitioners, | PROOF OF SERVICE BY OVERNIGHT MAIL |
| v. | |
| Department of Corrections and Rehabilitation, | |
| Respondent, | |
| Bureau of Independent Review, Office of Inspector General, | |
| Real Party in Interest. | |

-1-

Proof of Service                                    Case No. RS803602

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is P.O. Box 348780, Sacramento, California 95834.

On May 15, 2008, I served a copy of the following document(s) described as

<u>**REVISED**</u> NOTICE TO PETITIONERS OF REMOVAL TO FEDERAL COURT

on the interested parties in this action as follows:

Dieter C. Dammeier
Michael Lackie
Zahra Khoury
Lackie & Dammeier APC
367 North Second Avenue
Upland, CA 91786

I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed as above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Executed on May 19, 2008, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

*[signature]*
R. Ann Bordenkircher

-2-

Proof of Service                                                                 Case No. RS803602

DONALD J. CURRIER, State Bar No. 148877
Assistant Secretary, Office of Legal Affairs
DEBRA ASHBROOK, State Bar No. 117570
Chief Counsel
Employment Advocacy and Prosecution Team
Office of Legal Affairs
Department of Corrections and Rehabilitation
  P.O. Box 942883
  Sacramento, CA 94283-0001
  Telephone: (916) 327-6328
  Fax: (916) 442-2637
Attorneys for Respondent

MATTHEW L. CATE
Inspector General
BARBARA L. SHELDON, State Bar No. 137740
Chief Counsel
TAMARA M. COLSON, State Bar No. 190223
  3927 Lennane Drive, Suite 220
  P.O. Box 348780
  Sacramento, CA 95834
  Telephone: (916) 830-3600
  Fax: (916) 928-5996

Attorneys for Real Party in Interest, Office of the
  Inspector General, erroneously sued as Bureau of
  Independent Review, Office of Inspector General

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO, RANCHO CHUCAMONGA DISTRICT

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization,<br><br>           Petitioners,<br><br>v.<br><br>Department of Corrections and Rehabilitation,<br><br>           Respondent,<br><br>Bureau of Independent Review, Office of Inspector General,<br><br>           Real Party in Interest. | Case No. RS803602<br><br>PROOF OF SERVICE |

-1-

Proof of Service                                                            Case No. RS803602

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is P.O. Box 348780, Sacramento, California 95834, which is located in the county in which the within-mentioned mailing occurred. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On May 15, 2008, I served the following document(s):

NOTICE TO PETITIONERS OF REMOVAL TO FEDERAL COURT

by placing a true copy in a separate envelope for each addressee named below, with the name and address of the person served shown as follows:

Dieter C. Dammeier
Michael Lackie
Zahra Khoury
Lackie & Dammeier APC
367 North Second Avenue
Upland, CA 91786

and by sealing the envelope and placing it for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

Executed on May 15, 2008, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

R. Ann Bordenkircher

Proof of Service                               Case No. RS803602