DAVID R. SHAW
Inspector General
BARBARA L. SHELDON, State Bar No. 137740
Chief Counsel
TAMARA M. COLSON, State Bar No. 190223
  3927 Lennane Drive, Suite 220
  P.O. Box 348780
  Sacramento, CA 95834
  Telephone: (916) 830-3600
  Fax: (916) 928-5996

Attorneys for Real Party in Interest, Office of the
  Inspector General, erroneously sued as Bureau of
  Independent Review, Office of Inspector General

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization,<br><br>　　　　　Petitioners,<br>v.<br><br>Department of Corrections and Rehabilitation,<br><br>　　　　　Respondent,<br><br>Bureau of Independent Review, Office of Inspector General,<br><br>　　　　　Real Party in Interest. | Case No. 3:08-cv-02524 MHP |
| Alejandro Madrid, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>James E. Tilton, Director, California Department of Corrections, et al.<br><br>　　　　　Defendants. | Case No. 3:90-CV-03094 TEH<br><br>OFFICE OF THE INSPECTOR GENERAL'S NOTICE OF MOTION AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12 |

///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the Office of the Inspector General hereby moves for this Court to consider whether *Madrid, et al. v. Department of Corrections and Rehabilitation*, *et al.*, case number 3:90-CV-03094-TEH, and *Frank Esqueda, California Corrections Supervisor's Organization v. Department of Corrections and Rehabilitation, Bureau of Independent Review, Office of the Inspector General [Real Party in Interest]*, case number 3:08-cv-02524 MHP, should be related.

For over a decade, this Court has been exercising jurisdiction over *Madrid, et al. v. Department of Corrections and Rehabilitation*, *et al.*, case number 3:90-CV-03094-TEH, which implicates inmates' federal constitutional and civil rights. *Esqueda, et al., v. Department of Corrections and Rehabilitation, et al.*, case number 3:08-cv-02524 MHP, is a state court action just removed to this Court which seeks to prohibit the Office of the Inspector General's Bureau of Independent Review from attending interviews and interrogations in internal affairs investigations conducted by the California Department of Corrections and Rehabilitation. The contemporaneous monitoring of internal affairs investigations within the California Department of Corrections engaged in by the Bureau of Independent Review has been ordered by this Court as part of the remedial plan in the *Madrid, et al. v. Department of Corrections and Rehabilitation*, *et al.* case. The Bureau of Independent Review's protocols were approved by the Court as part of an order adopting the *Madrid* special master's recommendation. These protocols clearly contemplate Bureau of Independent Review attendance at internal affairs interviews and interrogations. Moreover, through its special master and court expert, this Court is currently monitoring the Bureau of Independent Review's implementation of its protocols, including its monitoring activities. Therefore, the *Esqueda, et al. v. Department of Corrections and Rehabilitation, et al.,* action implicates both the activities of the special master and court expert, who are federal court officers, and inmates' federal rights. Thus, the actions concern

///

///

///

substantially the same parties, and it would be an unduly burdensome duplication of labor which may lead to conflicting results if the cases are not deemed related and heard before the same Judge.

                                            DAVID R. SHAW
                                            Inspector General

                                            BARBARA L. SHELDON
                                            Chief Counsel

DATED:  May 21, 2008                 By__/s/_____
                                              TAMARA M. COLSON
                                              Special Assistant Inspector General

                                            Attorneys for Real Party in Interest,
                                            Office of the Inspector General

DAVID R. SHAW
Inspector General
BARBARA L. SHELDON, State Bar No. 137740
Chief Counsel
TAMARA M. COLSON, State Bar No. 190223
 3927 Lennane Drive, Suite 220
 P.O. Box 348780
 Sacramento, CA 95834
 Telephone: (916) 830-3600
 Fax: (916) 928-5996

Attorneys for Real Party in Interest, Office of the
 Inspector General, erroneously sued as Bureau of
 Independent Review, Office of Inspector General

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization,<br><br>　　　　　Petitioners,<br>v.<br><br>Department of Corrections and Rehabilitation,<br><br>　　　　　Respondent,<br><br>Bureau of Independent Review, Office of Inspector General,<br><br>　　　　　Real Party in Interest. | Case No. 3:08-CV-02524 MHP |
| Alejandro Madrid, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>V.<br><br>James E. Tilton, Director, California Department of Corrections, et al.<br><br>　　　　　Defendants. | Case No. 3:90-CV-03094 TEH<br><br>DECLARATION OF TAMARA M. COLSON IN SUPPORT OF OFFICE OF THE INSPECTOR GENERAL'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12 |

///

| | |
|---|---|
| Declaration of Tamara M. Colson in Support of<br>OIG's Notice and Motion | Case No. 3:08-cv-02524 MHP<br>　and　3:90-cv-03094 TEH |

I, Tamara M. Colson, declare as follows:

1. I am an attorney admitted to practice in the Northern District of California, and represent the Office of the Inspector General in this matter.
2. Pursuant to local rule 3-12, the determination as to whether cases should be related is a matter left to the discretion of the Judge assigned to the earliest-filed case.  Therefore, I did not obtain a stipulation that the cases are related from the parties.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration is executed on May 21, 2008 in Sacramento, California.

          ___/s/_____
          TAMARA M. COLSON

-2-

Declaration of Tamara M. Colson in Support of
OIG's Notice and Motion                                        Case No. 3:08-cv-02524 MHP
                                                        and    3:90-cv-03094 TEH

DAVID R. SHAW
Inspector General
BARBARA L. SHELDON, State Bar No. 137740
Chief Counsel
TAMARA M. COLSON, State Bar No. 190223
 3927 Lennane Drive, Suite 220
 P.O. Box 348780
 Sacramento, CA 95834
 Telephone: (916) 830-3600
 Fax: (916) 928-5996

Attorneys for Real Party in Interest, Office of the
 Inspector General, erroneously sued as Bureau of
 Independent Review, Office of Inspector General

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization,<br><br>　　　　　　Petitioners,<br><br>v.<br><br>Department of Corrections and Rehabilitation,<br><br>　　　　　　Respondent,<br><br>Bureau of Independent Review, Office of Inspector General,<br><br>　　　　　　Real Party in Interest. | Case No. 3:08-cv-02524 MHP |
| Alejandro Madrid, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>James E. Tilton, Director, California Department of Corrections, et al.<br><br>　　　　　　Defendants. | Case No. 3:90-CV-03094 TEH<br><br>[Proposed] ORDER ON OFFICE OF THE INSPECTOR GENERAL'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12 |

The Office of the Inspector General's motion to consider whether *Madrid, et al. v. Department of Corrections and Rehabilitation*, *et al.*, case number 3:90-CV-03094-TEH, and *Esqueda, et al., v. Department of Corrections and Rehabilitation, et al.*, case number 3:08-cv-02524 MHP, should be related came before this Court. After considering the motion and all papers filed in support and in opposition thereof, this Court finds the cases to be related. The clerk of this Court is directed to assign *Esqueda, et al., v. Department of Corrections and Rehabilitation, et al.*, case number 3:08-cv-02524 MHP, to the Honorable Thelton E. Henderson.

IT IS SO ORDERED.

Dated: _____, 2008          _____
                                        Judge of the United States District Court
                                        Northern District of California