1  DAVID R. SHAW
   Inspector General
2  BARBARA L. SHELDON, State Bar No. 137740
   Chief Counsel
3  TAMARA M. COLSON, State Bar No. 190223
     3927 Lennane Drive, Suite 220
4    P.O. Box 348780
     Sacramento, CA 95834
5    Telephone: (916) 830-3600
     Fax: (916) 928-5996
6
7  Attorneys for Real Party in Interest, Office of the
     Inspector General, erroneously sued as Bureau of
     Independent Review, Office of Inspector General
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization, | Case No. 3:08-cv-02524 MHP |
| Petitioners, | PROOF OF SERVICE BY OVERNIGHT MAIL |
| v. | |
| Department of Corrections and Rehabilitation, | |
| Respondent, | |
| Bureau of Independent Review, Office of Inspector General, | |
| Real Party in Interest. | |

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is P.O. Box 348780, Sacramento, California 95834.

///

///

-1-

Proof of Service                                Case No. 3:08-cv-02524 MHP

On May 21, 2008, I served a copy of the following document(s) described as follows:

1. OFFICE OF THE INSPECTOR GENERAL'S NOTICE OF MOTION AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12, DELCARATION OF TAMARA M. COLSON IN SUPPORT THEREOF, and [PROPOSED] ORDER

2. ECF REGISTRATION INFORMATION HANDOUT

3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

on the interested parties in this action as follows:

Michael Lackie
Lackie & Dammeier APC
367 North Second Avenue
Upland, CA 91786

Zahra Khoury
Lackie & Dammeier APC
367 North Second Avenue
Upland, CA 91786

Donald Currier
Assistant Secretary, Office of Legal Affairs
Department of Corrections and Rehabilitation
1515 S Street, Room 502 South
Sacramento, CA 95814

Debra Ashbrook
Chief Counsel
Office of Legal Affairs – EAPT
Department of Corrections and Rehabilitation
10111 Old Placerville Road, Suite 100
Sacramento, CA 95827

///
///
///
///
///

-2-

Proof of Service                    Case No. 3:08-cv-02524 MHP

I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed as above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Executed on May 21, 2008, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

*R. Ann Bordenkircher*
R. Ann Bordenkircher