United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESQUEDA, | No. C 08-02524 MHP |
| Plaintiff(s), | **REFERRAL ORDER** |
| v. | |
| DEPT OF CORRECTIONS, | |
| Defendant(s). | |

Pursuant to Civil Local Rule 3-12 (c), the Court refers this matter to Judge Thelton E. Henderson for the purpose of determining whether this action is related to C 90-3094 TEH *Alejandro Madrid et al -v- Department of Corrections and Rehabilitation et al*.

Dated: 5/27/2008

MARILYN HALL PATEL
United States District Court