DAVID R. SHAW
Inspector General
BARBARA L. SHELDON, State Bar No. 137740
Chief Counsel
TAMARA M. COLSON, State Bar No. 190223
  3927 Lennane Drive, Suite 220
  P.O. Box 348780
  Sacramento, CA 95834
  Telephone: (916) 830-3600
  Fax: (916) 928-5996

Attorneys for Real Party in Interest, Office of the
  Inspector General, erroneously sued as Bureau of
  Independent Review, Office of Inspector General

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization,<br><br>    Petitioners,<br><br>v.<br><br>Department of Corrections and Rehabilitation,<br><br>    Respondent,<br><br>Bureau of Independent Review, Office of Inspector General,<br><br>    Real Party in Interest. | Case No. 3:08-cv-02524 MHP |
| Alejandro Madrid, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>James E. Tilton, Director, California Department of Corrections, et al.<br><br>    Defendants. | Case No. 3:90-CV-03094 TEH<br><br>[~~Proposed~~] ORDER ON OFFICE OF THE INSPECTOR GENERAL'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12 |

1  The Office of the Inspector General's motion to consider whether *Madrid, et al. v.*
2  *Department of Corrections and Rehabilitation*, *et al.*, case number 3:90-CV-03094-TEH, and
3  *Esqueda, et al., v. Department of Corrections and Rehabilitation, et al.*, case number 3:08-cv-
4  02524 MHP, should be related came before this Court. After considering the motion and all
5  papers filed in support and in opposition thereof, this Court finds the cases to be related. The
6  clerk of this Court is directed to assign *Esqueda, et al., v. Department of Corrections and*
7  *Rehabilitation, et al.*, case number 3:08-cv-02524 MHP, to the Honorable Thelton E. Henderson.
8  IT IS SO ORDERED.

Dated: _____05/29_____, 2008    _____



Judge of the United States District Court
Northern District of California

–2–

[Proposed] Order                                          Case No. 3:08-cv-02524 MHP
                                                          and 3:90-cv-03094 TEH