1  DONALD J. CURRIER, State Bar No. 148877
   Assistant Secretary, Office of Legal Affairs
2  DEBRA ASHBROOK, State Bar No. 117570
   Chief Counsel
3  STEPHEN A. JENNINGS, State Bar No. 159713
   Senior Staff Counsel
4  Employment Advocacy and Prosecution Team
   Office of Legal Affairs
5  Department of Corrections and Rehabilitation
   P.O. Box 942883
6  Sacramento, California 94283-0001
   Telephone:    (916) 327-6328
7  Facsimile:    (916) 442-2637

8  Attorneys for Respondent

9

FILED

08 MAY 29 AM 10: 32

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  Frank Esqueda, California Correctional     )   Case No. 3:08-cv-02524 MHP
    Supervisor's Organization,                 )
14                                             )   DEPARTMENT OF CORRECTIONS
                Petitioners,                   )   AND REHABILITATION'S
15                                             )   JOINDER IN OFFICE OF THE
    v.                                         )   INSPECTOR GENERAL'S NOTICE
16                                             )   OF MOTION AND MOTION TO
    Department of Corrections and Rehabilitation, )  CONSIDER WHETHER CASES
17                                             )   SHOULD BE RELATED
                Respondent,                    )   PURSUANT TO LOCAL RULE 3-12
18                                             )
    Bureau of Independent Review, Office of    )
19  Inspector General,                         )
                                               )
20              Real Party in Interest.        )
                                               /
21

22  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23       PLEASE TAKE NOTICE THAT the California Department of Corrections and

24  Rehabilitation hereby joins the Office of the Inspector General's *Notice of Motion and Motion to*

25  / / /

26  / / /

27  / / /

28  / / /

| | |
|---|---|
| 1 | On the interested parties in this action a follows: |
| 2 | |
| 3 | Zahra Khoury<br>Lackie & Dammeier APC<br>367 North Second Avenue |
| 4 | Upland, California 91786 |
| 5 | Michael Lackie<br>Lackie & Dammeier APC |
| 6 | 367 North Second Avenue<br>Upland, California 91786 |
| 7 | |
| 8 | Barbara L. Sheldon<br>Chief Counsel |
| 9 | 3927 Lannane Drive, Suite 220 P.O. Box 348780<br>Sacramento, California 95834 |
| 10 | |
| 11 | David R. Shaw<br>Inspector General |
| 12 | 3927 Lannane Drive, Suite 220 P.O. Box 348780<br>Sacramento, California 95834 |
| 13 | |
| 14 | Tamera M. Colson<br>Special Assistant Inspector General<br>3927 Lannane Drive, Suite 220 P.O. |
| 15 | Box 348780<br>Sacramento, California 95834 |

**Mail:** By placing the sealed envelope(s), in accordance with the Department's ordinary practices as addressed. U.S. Mail packages are first-class postage prepaid, with the Department's mailroom for mailing in the United States, at Sacramento, California.

Executed on May 28, 2008, at Sacramento, California.

_____
WANONA G. IRELAND

1
Document Title