| | |
|---|---|
| 1  DONALD J. CURRIER, State Bar No. 148877<br>    Assistant Secretary, Office of Legal Affairs | **FILED** |
| 2  DEBRA ASHBROOK, State Bar No. 117570<br>    Chief Counsel | 08 MAY 29 AM 10: 32 |
| 3  STEPHEN A. JENNINGS, State Bar No. 159713<br>    Senior Staff Counsel | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT |
| 4  Employment Advocacy and Prosecution Team<br>    Office of Legal Affairs | NORTHERN DISTRICT OF CALIFORNIA |

5  Department of Corrections and Rehabilitation
     P.O. Box 942883
6    Sacramento, California 94283-0001
     Telephone: (916) 327-6328
7    Facsimile:  (916) 442-2637

8  Attorneys for Respondent

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization,<br><br>    Petitioners,<br><br>v.<br><br>Department of Corrections and Rehabilitation,<br><br>    Respondent,<br><br>Bureau of Independent Review, Office of Inspector General,<br><br>    Real Party in Interest. | Case No. 3:08-cv-02524 MHP<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION'S JOINDER IN OFFICE OF THE INSPECTOR GENERAL'S NOTICE OF MOTION AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12 |

    I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is P.O. Box 348780, Sacramento, California 95834. On May 27, 2008, I served a copy of the following document(s):

DEPARTMENT OF CORRECTIONS AND REHABILITATION'S JOINDER IN OFFICE OF THE INSPECTOR GENERAL'S NOTICE OF MOTION AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12

///

///

///

-1-

Proof of Service            Case No. 3:08-cv-02524 MHP

*Consider Whether Cases Should be Related Pursuant to Local Rule 3-12*, signed by Tamara M. Colson, Special Assistant Inspector General, on May 21, 2008.

DATED: 5-23-08

Respectfully submitted,

By: _____
DONALD J. CURRIER
Assistant Secretary, Legal Affairs
Attorney for Respondent, Department of Corrections and Rehabilitation

Proof of Service by Overnight Mail