1  DAVID R. SHAW
   Inspector General
2  BARBARA L. SHELDON, State Bar No. 137740
   Chief Counsel
3  TAMARA M. COLSON, State Bar No. 190223
    3927 Lennane Drive, Suite 220
4   P.O. Box 348780
    Sacramento, CA 95834
5   Telephone: (916) 830-3600
    Fax: (916) 928-5996
6
   Attorneys for Real Party in Interest, Office of the
7    Inspector General, erroneously sued as Bureau of
     Independent Review, Office of Inspector General
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| Frank Esqueda, California Correctional Supervisor's Organization, | Case No. 3:08-cv-02524 TEH |
| Petitioners, | PROOF OF SERVICE |
| v. | |
| Department of Corrections and Rehabilitation, | |
| Respondent, | |
| Bureau of Independent Review, Office of Inspector General, | |
| Real Party in Interest. | |

     I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is P.O. Box 348780, Sacramento, California 95834, which is located in the county in which the within-mentioned mailing occurred. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United

-1-

Proof of Service                                    Case No. 3:08-cv-02524 TEH

States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On August 11, 2008, I served the following document(s):

STANDING ORDER FOR THE HONORABLE THELTON E. HENDERSON, UNITED STATES DISTRICT COURT JUDGE FOR THE NORTHERN DISTRICT OF CALIFORNIA, PURSUANT TO CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE ON REASSIGNMENT

by placing a true copy in a separate envelope for each addressee named below, with the name and address of the person served shown as follows:

Michael Lackie
Lackie & Dammeier APC
367 North Second Avenue
Upland, CA 91786

Zahra Khoury
Lackie & Dammeier APC
367 North Second Avenue
Upland, CA 91786

Debra L. Ashbrook
Chief Counsel
Employment Advocacy and Prosecution Team
Office of Legal Affairs
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 94283-0001

Stephen A. Jennings
Senior Staff Counsel
Employment Advocacy and Prosecution Team
Office of Legal Affairs
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 94283-0001

and by sealing the envelope and placing it for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

Executed on August 11, 2008, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

*R. Ann Bordenkircher*
R. Ann Bordenkircher

-2-

Proof of Service                                Case No. 3:08-cv-02524 TEH