Michael A. McGill, SBN 231613
mcgill@policeattorney.com
Danielle K. Little, SBN 239784
danielle@policeattorney.com
**LACKIE, DAMMEIER & MCGILL APC**
367 North Second Avenue
Upland, California 91786

Telephone: (909) 985-4003
Facsimile: (909) 985-3299

Attorneys for Petitioners,
FRANK ESQUEDA & CALIFORNIA
CORRECTIONAL SUPERVISOR'S ORGANIZATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESQUEDA, CALIFORNIA CORRECTIONAL SUPERVISOR'S ORGANIZATION,<br><br>Petitioners,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondents,<br><br>BUREAU OF INDEPENDENT REVIEW OFFICE OF INSPECTOR GENERAL,<br><br>Real Party In Interest. | Case No.: CV 08-2524 TEH<br><br>[Honorable Thelton E. Henderson]<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

I, Danielle K. Little, am an attorney at law duly licensed to practice in all courts in the State of California and in this Court. I am an associate in the law firm of Lackie, Dammeier & McGill, APC, attorneys of record in the above-entitled cause of action for the following party(s): for Frank Esqueda and California Correctional Supervisor's Organization. This constitutes my Notice of Substitution of Counsel to appear as counsel of record for the parties listed above in the above-entitled action.

Further, I am also providing Notice that the following attorneys, although still associated with the law firm, will no longer be handling this matter and should be removed as designated Lead Attorneys for all purposes related to this matter: Michael D. Lackie and Dieter C. Dammeier.

Further, I am also providing Notice that the following attorney is no longer associated with our law firm and for that reason, should be removed as a designated Lead Attorney for all purposes related to this matter: Zahra Khoury.

Finally, I consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77(d). My email address is: danielle@policeattorney.com.

Dated: August 22, 2008

Respectfully submitted,

LACKIE, DAMMEIER & MCGILL APC

_____
Danielle K. Little, Esq.
*Attorneys for Petitioners,*
*Frank Esqueda and California Correctional*
*Supervisor's Organization*