1  Michael McGill, Esq., State Bar No. 231613
   mcgill@policeattorney.com
2  Danielle K. Little, Esq., State Bar No. 239784
   danielle@policeattorney.com
3  **LACKIE, DAMMEIER & MCGILL, APC**
   367 North Second Avenue
4  Upland, CA 91786
   Tel:  (909) 985-4003
5  Fax:  (909) 985-3299

6  Attorneys for FRANK ESQUEDA AND CALIFORNIA CORRECTIONAL
   SUPERVISOR'S ORGANIZATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | FRANK ESQUEDA, CALIFORNIA           | Case No.: 3:08-cv-02524 TEH
12 | CORRECTIONAL SUPERVISOR'S           |
   | ORGANIZATION                        | [Honorable Thelton E. Henderson]
13 |                                     | **CERTIFICATION OF**
14 |            Petitioners,             | **INTERESTED ENTITIES OR**
   |                                     | **PERSONS**
15 |      v.                             |
   |                                     | **PURSUANT TO LOCAL RULE**
16 |                                     | **3-16**
17 | DEPARTMENT OF CORRECTIONS
   | AND REHABILITATION
18 |
19 |            Respondents,
20 | BUREAU OF INDEPENDENT REVIEW
21 | and OFFICE OF INSPECTOR
   | GENERAL
22 |
23 |            Real Party In Interest.
24

25      TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
26  PLEASE TAKE NOTICE that pursuant to Northern District of California Local
27  Rule 3-16, Petitioners FRANK ESQUEDA AND CALIFORNIA
28  CORRECTIONAL SUPERVISOR'S ORGANIZATION hereby inform the Court

1 | and all parties herein that the undersigned certifies that as of this date, other than
2 | the named parties, there is no such interest to report.

Dated: August 26, 2008

Respectfully submitted,

LACKIE, DAMMEIER & McGILL, APC

*[signature]*

Michael A. McGill, Esq.
Danielle K. Little, Esq.
*Attorneys for Plaintiffs, Frank Esqueda and California Correctional Supervisor's Organization*

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 367 North Second Ave., Upland, California 91786.

On August 26, 2008 served the following **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope addressed as follows:

| *Attorneys for Respondent, Dept. of Corrections and Rehabilitation* | *Attorneys for Respondents, Office of Inspector General* |
|---|---|
| Debra Lynn Ashbrook, Esq. | Barbara L. Sheldon, Esq. |
| Donald J. Currier, Esq. | Tamara M. Colson, Esq. |
| Dept. of Corrections & Rehabilitation | Office of the Inspector General |
| 10111 Old Placerville Rd., Ste. 100 | P.O. Box 348780 |
| Sacramento, CA 95827 | Sacramento, CA 95834 |
| Phone: (916) 327-6328 | Phone: (916) 830-3600 |
| Fax: (916) 442-2637 | Fax: (916) 928-5996 |

( X ) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Upland, California.

( ) By Personal Service, I caused such envelope to be delivered by hand to the above addressee(s).

( ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (UPS), for delivery to the above addressee(s).

( ) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named persons(s) at the above telecopy number:

( ) By Certified Mail:

Executed **August 26, 2008** at Upland, California.

( X ) (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Roseanna Rodriguez*

Proof of Service
1