Michael A. McGill, SBN 231613
mcgill@policeattorney.com
Danielle K. Little, SBN 239784
danielle@policeattorney.com
**LACKIE, DAMMEIER & MCGILL APC**
367 North Second Avenue
Upland, California 91786

Telephone: (909) 985-4003
Facsimile:  (909) 985-3299

Attorneys for Petitioners,
FRANK ESQUEDA & CALIFORNIA
CORRECTIONAL SUPERVISOR'S ORGANIZATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESQUEDA, CALIFORNIA CORRECTIONAL SUPERVISOR'S ORGANIZATION,<br><br>Petitioners,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondents,<br><br>BUREAU OF INDEPENDENT REVIEW OFFICE OF INSPECTOR GENERAL,<br><br>Real Party In Interest. | Case No.: CV 08-2524 TEH<br><br>[Honorable Thelton E. Henderson]<br><br>**SUPPLEMENTAL NOTICE OF SUBSTITUTION OF COUNSEL** |

1  I, Danielle K. Little, am an attorney at law duly licensed to practice in all courts in the State of California and in this Court. I am an associate in the law firm of Lackie, Dammeier & McGill, APC, attorneys of record in the above-entitled cause of action for the following party(s): for Frank Esqueda and California Correctional Supervisor's Organization. Last week I filed my Notice of Substitution of Counsel to appear as counsel of record for the parties listed above in the above-entitled action.

I am now also providing Notice that the following attorney is no longer associated with our law firm and for that reason, should be removed as a designated Lead Attorney for all purposes related to this matter: Michael Morguess.

Dated: August 26, 2008

Respectfully submitted,

LACKIE, DAMMEIER & MCGILL APC

_____
Danielle K. Little, Esq.
*Attorneys for Petitioners,*
*Frank Esqueda and California Correctional*
*Supervisor's Organization*