Michael A. McGill, SBN 231613
mcgill@policeattorney.com
Danielle K. Little, SBN 239784
danielle@policeattorney.com
**LACKIE, DAMMEIER & MCGILL APC**
367 North Second Avenue
Upland, California  91786
Telephone: (909) 985-4003
Facsimile:  (909) 985-3299

Attorneys for Petitioners,
FRANK ESQUEDA & CALIFORNIA
CORRECTIONAL SUPERVISOR'S ORGANIZATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESQUEDA, CALIFORNIA CORRECTIONAL SUPERVISOR'S ORGANIZATION,<br><br>Petitioners,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondents,<br><br>BUREAU OF INDEPENDENT REVIEW, OFFICE OF INSPECTOR GENERAL,<br><br>Real Party In Interest. | Case No.:  CV 08-2524 TEH<br><br>[Honorable Thelton E. Henderson]<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE

1

I, Michael A. McGill, am an attorney at law duly licensed to practice in all courts in the State of California and in this Court. I am a partner in the law firm of Lackie, Dammeier & McGill, APC, attorneys of record in the above-entitled cause of action for the following party(s): for Frank Esqueda and California Correctional Supervisor's Organization. This constitutes my Notice of Appearance to appear as counsel of record for the parties listed above in the above-entitled action.

Further, I consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77(d), and Fed. R. Crim. P. 49(b)-(d). My email address is: mcgill@policeattorney.com.

Further, I am providing Notice that the name of our firm has changed. The former name of our law firm was Lackie & Dammeir, APC. The current name of our law firm is: Lackie, Dammeier & McGill APC.

Dated: August 26, 2008

Respectfully submitted,

LACKIE, DAMMEIER & MCGILL APC

_____
Michael A. McGill, Esq.
*Attorneys for Petitioners,*
*Frank Esqueda and California Correctional Supervisor's Organization*

NOTICE OF APPEARANCE

1