Michael A. McGill, SBN 231613
mcgill@policeattorney.com
Danielle K. Little, SBN 239784
danielle@policeattorney.com
**LACKIE, DAMMEIER & MCGILL APC**
367 North Second Avenue
Upland, California 91786
Telephone: (909) 985-4003
Facsimile:  (909) 985-3299

Attorneys for Petitioners,
FRANK ESQUEDA & CALIFORNIA
CORRECTIONAL SUPERVISOR'S ORGANIZATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESQUEDA, CALIFORNIA CORRECTIONAL SUPERVISOR'S ORGANIZATION,<br><br>Petitioners,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondents,<br><br>BUREAU OF INDEPENDENT REVIEW, OFFICE OF INSPECTOR GENERAL,<br><br>Real Party In Interest. | Case No.:  CV 08-2524 TEH<br><br>[Honorable Thelton E. Henderson]<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br>[~~PROPOSED~~] **ORDER**<br><br>Date: September 22, 2008<br>Time: 1:30p.m. |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Petitioners FRANK ESQUEDA, CALIFORNIA CORRECTIONAL SUPERVISOR'S ORGANIZATION, by and through their attorneys, Danielle K. Little, Esq. of Lackie, Dammeier & McGill, APC and 1) Respondents DEPARTMENT OF CORRECTIONS AND REHABILITATION, by and through its attorneys, Stephen A. Jennings, Esq. of Employment Advocacy and Prosecution Team, Office of Legal Affairs, Department of Corrections and Rehabilitation, and 2) Real Party in Interest, OFFICE OF THE INSPECTOR GENERAL, by and through its attorneys Tamara M. Colson, Esq.  hereby stipulate to continue the Initial Case Management Conference, currently scheduled for Monday, September 22, 2008 to any date thereafter, *with the exception of the following dates* because any or all of the aforementioned counsel are unavailable: October 6, October 13, October 27 and/or November 17, 2008.

The reason for the requested continuance is as follows: Attorney for Petitioners, Danielle K. Little, Esq. recently realized that she is scheduled for jury duty in the Superior Court of San Bernardino County on September 22, 2008, the same date of the Initial Case Management Conference, which upon information and belief, she cannot reschedule.  Further, the wife of Petitioner's other attorney, Michael M. McGill, gave birth to their first child just yesterday and Messr. McGill has been out of the office to help care for his newborn.  Given the aforementioned, it will be extremely difficult, if not impossible, for counsel for the Petitioners to

appear at the Initial Case Management Conference either in person or telephonically. Counsel for Petitioners contacted opposing counsel as soon as they realized these unavoidable conflicts.

IT IS SO STIPULATED.

Dated: September 17, 2008

Respectfully submitted,

LACKIE & DAMMEIER APC

By: *[signature]*
Danielle K. Little, Esq.
*Attorneys for Petitioners, Frank Esqueda and California Correctional Supervisor's Organization*

Dated: September 17, 2008

DEPARTMENT OF CORRECTIONS AND REHABILITATION

By: *[signature]*
Stephen A. Jennings, Esq
*Attorneys for Respondent, Department Of Corrections And Rehabilitation*

Dated: September 17, 2008

OFFICE OF THE INSPECTOR GENERAL

By: *[signature]*
Tamara M. Colson, Esq.
*Attorneys for Real Party in Interest, Office Of The Inspector General*

1 | [~~PROPOSED~~] ORDER

2 | The parties' request to Continue the Initial Case Management Conference,
3 currently scheduled for Monday, September 22, 2008 at 1:30 p.m. is granted. The
4 Initial Case Management Conference for this matter will take place on
5 _____ October 20 _____, 2008 at __1:30 PM__.

8 **IT IS SO ORDERED**.

12 Dated: __09/18/08__      By: _____
                                Honorable Thelton E. Henderson
                                Judge, United States District Court

*Judge Thelton E. Henderson* (signature, seal of U.S. District Court, Northern District of California)