Michael A. McGill, SBN 231613
mcgill@policeattorney.com
Danielle K. Little, SBN 239784
danielle@policeattorney.com
**LACKIE, DAMMEIER & MCGILL APC**
367 North Second Avenue
Upland, California 91786
Telephone: (909) 985-4003
Facsimile:  (909) 985-3299

Attorneys for Petitioners,
FRANK ESQUEDA & CALIFORNIA
CORRECTIONAL SUPERVISOR'S ORGANIZATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESQUEDA, CALIFORNIA CORRECTIONAL SUPERVISOR'S ORGANIZATION,<br><br>Petitioners,<br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondents,<br><br>BUREAU OF INDEPENDENT REVIEW, OFFICE OF INSPECTOR GENERAL,<br><br>Real Party In Interest. | Case No.:  CV 08-2524 TEH<br><br>[Honorable Thelton E. Henderson]<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE:**

Petitioners FRANK ESQUEDA, CALIFORNIA CORRECTIONAL SUPERVISOR'S ORGANIZATION, by and through their attorneys, Danielle K.

DISMISSAL

1  Little, Esq. of Lackie, Dammeier & McGill, APC hereby dismiss this action in its
2  entirety without prejudice.
3
4      Neither the Respondent, DEPARTMENT OF CORRECTIONS AND
5  REHABILITATION ("CDCR") nor real Party in Interest, BUREAU OF
6
7  INDEPENDENT REVIEW, OFFICE OF INSPECTOR GENERAL ("OIG") have
8  filed either an Answer or a Motion for Summary Judgment in this action.
9
10     The Clerk of the Court is requested to enter this Dismissal in the records of
11 the Court.
12
13                                     Respectfully submitted,
14
15 Dated:  November 17, 2008        LACKIE, DAMMEIER & McGILL APC
16
17                       By:    _____
18                                 Danielle K. Little, Esq.
                                *Attorneys for Petitioners,*
19                                 *Frank Esqueda and California Correctional Supervisor's Organization*
20
21
22
23
24
25
26
27
28



IT IS SO ORDERED
Judge Thelton E. Henderson
11/18/08

DISMISSAL